WARNER, Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Gladys Warner, an infant, etc., against Lillian B. Coleman. No opinion. Order affirmed, with $10 costs and disbursements.

WARRIN v. WARRIN. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Elizabeth J. Warrin against Edmondson Warrin. No opinion. Motion granted. Order filed. See, also, 169 App. Div. 97, 154 N. Y. Supp. 458.

Benoit WASSERMAN, appellant, v. MARKERT REALTY COMPANY et al., defendants, and John C. Judge, respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order modified by reducing the referee's compensation to $50, and as modified affirmed, with $10 costs and disbursements to the plaintiff-appellant. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

William WATERS, respt., v. Harry SAUNDERS, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

WATSON v. CHICAGO, R. I. & P. R. CO. NELDERT v. SAME. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Actions by Marie L. H. Watson, and by August Neldert against the Chicago, Rock Island & Pacific Railroad Company. No opinions. Motions granted. Orders filed. See, also, 155 N. Y. Supp. 808, 818.

Samuel M. WATTS, applt., v. Frank C. HERRICK, Philip S. Staats and Lawrence A. Staats, respts. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

Anna R. WEBB, respt., v. William HIRSCH, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

In re WEBSTER. (Supreme Court, Appellate Division, Fourth Department. ·November 24, 1915.) In the matter of the application of Robert R. Webster for the appointment of commissioners to ascertain the damage to his property caused by the change of grade of street in Cuba Village. No opinion. Judgment affirmed, with costs, upon stipulation filed.

Therese WEIL and ano., Respts., v. Wilson H. BROWN et al., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed, with costs. No opinion. Order filed.

Ida WEISMAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted. Order filed.

In the Matter of the Application of the WEST CANADA LUMBER COMPANY, to perpetuate the testimony of a certain witness in an action entitled WEST CANADA LUMBER CO. v. Daniel F. STROBEL, individually and as surviving partner, etc. (Ada Millington, et al., applts.). (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Order granting application for examination of John H. Nelson reversed and vacated, and respondent directed to pay one-half of appellants' printing bill in accordance with stipulation filed.

WESTERN STRAW PRODUCTS CO., applt. v. LAKE ERIE ENGINEERING WORKS, respt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment affirmed with costs. All concur, except Lambert, J., who dissents.

In re WICKSMAN. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) In the matter of Arthur W. Wicksman, an attorney. No opinion. Motion granted.

William WILLETT, Jr., respondent, v. Charles S. DEVOY, individually and as Clerk of the County of Kings, appellant. Joseph CASSIDY, respondent, v. SAME, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motions denied, without costs.

In the Matter of the Assignment of WILLIAMS LUMBER CO. to Martin H. Smith, etc. Plastergon Wall Board Co., a creditor, and one, etc., respts. William H. Williams, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the authority of Chappell v. Chappell, 116 App. Div. 573, 101 N. Y. Supp. 846. All concur.

John WILLIAMS and ano., Applts., v. The CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Harry L. WILLIAMS, applt., v. Warner E. LEAVENWORTH, respt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

Grace WILLIAMS, an infant, by Michael Williams, her guardian ad litem, respondent, v. YELLOW TAXICAB COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. The case was for the jury. The court did not err in its refusal to grant the motion recorded at folios 376, 377, for although plaintiff's wit-